United States Bankruptcy Court
Eastern District of Michigan
Southern Division

In re:
John Patrick Brewer,                                    Case No. 10-70729-R
                          Debtor.                        Chapter 7
_____/

Ronald G. Korte,
                          Plaintiff,

v.                                                       Adv. No. 11-4011

John Patrick Brewer,
                          Defendant.
_____/


## <u>Order Granting Defendant's Motion</u><br><u>for Judgment on the Pleadings</u>

      For the reasons set forth in the Court's opinion entered today, the complaint is dismissed.

The plaintiff is granted 14 days within which to file a motion to for leave to file an amended

complaint that states a proper claim for relief.

      It is so ordered.


**Signed on October 03, 2011**

                                                 _____/s/ Steven Rhodes_____
                                                 **Steven Rhodes**
                                                 **United States Bankruptcy Judge**